FILED

MAR 13 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY J.S. DEP CLK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**Civil Action No.: 5:26-mc-16-RN**

| | |
|---|---|
| STANLEY SOMERVILLE *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>QUALITY OIL COMPANY, LLC, *et al*,<br><br>Defendants.<br><br>(*In re: Motion to Compel as to JP Morgan Chase Bank, N.A.)* | **PLAINITFFS' MOTION TO COMPEL AS TO JP MORGAN CHASE BANK, N.A.** |

Plaintiffs Stanley Somerville and Michael Genwright, individually and on behalf of all others similarly situated, by and through undersigned counsel, respectfully move this Court pursuant to Federal Rules of Civil Procedure 37 and 45 for an Order compelling JP Morgan Chase Bank, N.A. ("JPMC") to comply fully with subpoenas served on November 10 and November 17, 2025, which were issued in the case 1:25-CV-00432-CCE-LPA (M.D.N.C.) and compliance for which was required in this judicial district. A memorandum of law in support of this Motion is being contemporaneously filed with this Court.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order:

1. Compelling JP Morgan Chase Bank, N.A. to produce documents identifying the Cardholders of the eight payment cards identified in Plaintiffs' memorandum; and
2. Requiring such production no later than March 30, 2026, or within such time as the Court deems appropriate.

Respectfully submitted, this 13th day of March 2026.

Edward H. Maginnis
N.C. State Bar No. 39317
Karl S. Gwaltney
N.C. State Bar No. 45118
Christopher R. Bagley
N.C. State Bar No. 50567
7706 Six Forks Road, Suite 101
Raleigh, North Carolina 27615
MAGINNIS HOWARD
Tel: 919-526-0450
Fax: 919-882-8763
emaginnis@carolinalaw.com
kgwaltney@carolinalaw.com
cbagley@carolinalaw.com

*Counsel for Plaintiffs*

Matthew E. Lee
N.C. Bar No. 35405
Jeremy R. Williams
N.C. Bar No. 48162
Eric G. Steber
N.C. Bar No. 54999
LEE SEGUI PLLC
900 W Morgan St
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5035
mlee@leesegui.com
jwilliams@leesegui.com
esteber@leesegui.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused a true and correct copy of the foregoing **PLAINTIFFS' MOTION TO COMPEL AS TO JP MORGAN CHASE BANK, N.A.**, on the parties shown below.

JP Morgan Chase Bank, N.A.
c/o CT Corporation System, Registered Agent
160 Mine Lake Court, Suite 200
Raleigh, NC 27615
(by certified USPS priority mail)

Defendants Quality Oil Co. and Reliable Tank Line, LLC
c/o Jason M. Wenker
Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street
Winston-Salem, North Carolina 27101
jwenker@ktslaw.com

Defendants Quality Oil Co. and Reliable Tank Line, LLC
c/o D. Richard Self
Kilpatrick Townsend & Stockton LLP
4208 Six Forks Road, Suite 1400
Raleigh, North Carolina 27609
rself@ktslaw.com

Christopher R. Bagley
March 13, 2026