FILED

MAR 13 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___ DEP CLK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**Civil Action No. 5:26-~~CV~~-** mc 16-RN

| | |
|---|---|
| STANLEY SOMERVILLE *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>QUALITY OIL COMPANY, LLC, *et al*,<br><br>Defendants.<br><br>(*In re: Motion to Compel as to JP Morgan Chase Bank, N.A.)* | **PLAINITFFS' MOTION TO TRANSFER MOTION TO COMPEL AS TO JP MORGAN CHASE BANK, N.A.** |

Plaintiffs Stanley Somerville and Michael Genwright, individually and on behalf of similarly situated individuals, through their undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 45(d), hereby move this Court to transfer their pending Motion to Compel to U.S. District Court for the Middle District of North Carolina. Plaintiffs have set out their argument in a contemporaneously filed Memorandum of Law.

Wherefore, Plaintiffs move the Court to transfer their pending Motion to Compel to U.S. District Court for the Middle District of North Carolina to be adjudicated along with the originating and underlying action, 1:25-CV-00432-CCE-LPA.

Respectfully submitted, this 13th day of March 2026.

C. Bagley
Edward H. Maginnis
N.C. State Bar No. 39317
Karl S. Gwaltney
N.C. State Bar No. 45118
Christopher R. Bagley

Matthew E. Lee
N.C. Bar No. 35405
Jeremy R. Williams
N.C. Bar No. 48162
Eric G. Steber

N.C. State Bar No. 50567
7706 Six Forks Road, Suite 101
Raleigh, North Carolina 27615
MAGINNIS HOWARD
Tel: 919-526-0450
Fax: 919-882-8763
emaginnis@carolinalaw.com
kgwaltney@carolinalaw.com
cbagley@carolinalaw.com

*Counsel for Plaintiffs*

LEE SEGUI PLLC
900 W Morgan St
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5035
mlee@leesegui.com
jwilliams@leesegui.com
esteber@leesegui.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused a true and correct copy of the foregoing **PLAINTIFFS' MOTION TO TRANSFER TO COMPEL AS TO JP MORGAN CHASE BANK, N.A.**, on the parties shown below.

JP Morgan Chase Bank, N.A.
c/o CT Corporation System, Registered Agent
160 Mine Lake Court, Suite 200
Raleigh, NC 27615
(by certified USPS priority mail)

Defendants Quality Oil Co. and Reliable Tank Line, LLC
c/o Jason M. Wenker
Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street
Winston-Salem, North Carolina 27101
jwenker@ktslaw.com

Defendants Quality Oil Co. and Reliable Tank Line, LLC
c/o D. Richard Self
Kilpatrick Townsend & Stockton LLP
4208 Six Forks Road, Suite 1400
Raleigh, North Carolina 27609
rself@ktslaw.com

Christopher R. Bagley
March 13, 2026